**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jeffrey Paul Moore                                         CHAPTER 13
       Kellie Elizabeth Moore
               Debtor(s)                             BKY. NO. 19-24484 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Brian C. Nicholas
                                        Brian Nicholas
                                        06 Nov 2020, 16:12:27, EST

                                        Brian C. Nicholas, Esq. (317240) ☑
                                        Maria D. Miksich, Esq. (319383) ☐
                                        Rebecca A. Solarz, Esq. (315936) ☐
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com