IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | ) | |
| JEFFREY PAUL MOORE and KELLIE | ) | |
| ELIZABETH MOORE, his wife | ) | BANKRUPTCY CASE NO. 19-24484 |
| Debtors | ) | |
| PEOPLES NATURAL GAS COMPANY, | ) | MOTION NO. |
| LLC | ) | CHAPTER 13 |
| Movant, | ) | |
| vs. | ) | |
| JEFFREY PAUL MOORE and KELLIE | ) | |
| ELIZABETH MOORE, his wife, and | ) | |
| RONDA J. WINNECOUR, ESQUIRE, | ) | |
| Trustee | ) | |
| Respondents. | ) | |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING
MOTION OF PEOPLES NATURAL GAS COMPANY, LLC SEEKING TO INCREASE YOUR
PLAN PAYMENT TO COVER YOUR UTILITY BILLS (MODIFIED PROCEDURES FOR
REMOTE PARTICIPATION) EFFECTIVE OCTOBER 1, 2020**
TO THE DEBTORS AND ALL RESPONDENTS:

You, (the Debtors), have not paid your post petition utility bills as and when they became
due. The Peoples Natural Gas Company, LLC is entitled to seek to terminate your utility service
because of this failure to pay the bills.

The PEOPLES NATURAL GAS COMPANY, LLC understands that your utility service
is vital to your health and safety and to the success of your Chapter 13 Plan. In past hearings, the
majority of Debtors in this District have asked the Court to include their utility payments in their
Chapter 13 Plan to avoid the possibility of termination. Because this appears to be the solution
preferred by most Debtors, the PEOPLES NATURAL GAS COMPANY, LLC, instead of
seeking to terminate your utility service at this time, is asking the Bankruptcy Court in this
Motion to require the Debtors ("you") to pay your post petition delinquent utility bill and your
ongoing monthly utility budget as part of your Plan payment to the Chapter 13 Trustee. **If the
Court grants this Motion, your Plan payment will increase and, if you have a wage
attachment, your wage attachment will increase**. This increase will pay your post petition
utility bill, and you will no longer have to pay the PEOPLES NATURAL GAS COMPANY,
LLC directly. If you want this to happen, you do not need to do anything else.

If you do not want this to happen, then you or your attorney must file with the Clerk and
serve upon the undersigned attorney for the Movant S. James Wallace,  a written response to the
attached Motion. This Response must be filed and served in accordance with the Federal Rules
of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the
presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. Both the Clerk

and the Attorney must receive your written response on or before March 10, 2021, (Seventeen (17) calendar days after the date of this Notice).  If your written response is not received by this date, the Bankruptcy Court will grant this Motion without a hearing.  See Local Bankruptcy Rule 9013.4.

If you do not file a Response but pay all the delinquent bills and any security deposit due on your post petition account before the date a Response is due, March 10, 2021, **and you advise the attorney in writing of your payment  before the Court enters a default Order**, the PEOPLES NATURAL GAS COMPANY, LLC may be willing to withdraw this Motion without prejudice, if time allows.  If you do file a Response but then pay all the delinquent bills and any security deposit due on your post petition account before the hearing date set by the Court, the PEOPLES NATURAL GAS COMPANY, LLC may be willing to withdraw this Motion without prejudice.

**You should take this paper to your lawyer at once.  He or she will explain exactly what is happening, what this means to you and what your options are**.

If you file and serve your written response on time, a **video conference** hearing will be held on March 24, 2021 at 10:30 A.M.  before Judge Gregory L. Taddonio.  All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.  **Remember that no hearing will be held if you do not timely serve a written response.**

Date of  service: February 19, 2021           GRB Law
                                              Attorneys for Movant

                                              /s/S. James Wallace
                                              S. James Wallace
                                              PA. ID No. 28815
                                              jwallace@grblaw.com
                                              Jeffrey R. Hunt
                                              P.A. ID No. 90342
                                              jhunt@grblaw.com
                                              GRB Law
                                              437 Grant Street, 14th Floor
                                              Pittsburgh, Pa. 15219-6107
                                              412-281-0587