IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 19-24484-GLT |
| Jeffrey Moore, ) | |
| Kellie Moore, ) | |
| Debtor, ) | |
| ) | Chapter 13 |
| Jeffrey Moore, ) | |
| Kellie Moore ) | |
| Applicant, ) | Doc. No. |
| v. ) | |
| No Respondent ) | |
| Respondent ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Application to Employ Realtor # 56**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on February 12, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objections or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 1, 2021.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 03/02/2020         By:   /s/ David A Rice, Esq.
                          Rice & Associates Law Firm
                          15 West Beau Street, Washington, PA  15301
                          724-225-7270
                          PA  50329