IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

|  |  |
|---|---|
| Jeffrey Moore,<br>Kellie Moore | Bankruptcy No.: 19-24484-GLT<br>Chapter 13<br>Document No.: |

Debtors,

Jeffrey Moore,
Kellie Moore,
    Movants,
vs

No Respondents,

    Respondents.

## **CERTFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Order Authorizing Employment of Realtor on each party listed below by first class U.S. mail on March 4, 2021.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

Dragoljub Cvetkjovich
Coldwell Banker
6305 University Blvd.
Coraopolis, PA  15108

                                              Attorney for Movants:
                                              Rice & Associates Law Firm
                                              /s/ David A Rice, Esq.
                                              15 West Beau Street
                                              Washington, PA  15301
                                              724-225-7270
                                              ricelaw1@verizon.net
                                              PA ID#  50329