FILED
3/3/21 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 19-24484-GLT |
| Jeffrey Moore, ) | |
| Kellie Moore, ) | |
| Debtors, ) | |
| ) | Chapter 13 |
| Jeffrey Moore, ) | |
| Kellie Moore, ) | |
| Applicant, ) | Doc. No. 56 AND 61 |
| v. ) | |
| No Respondent ) | |
| Respondent ) | |

## AMENDED ORDER AUTHORIZING EMPLOYMENT OF REALTOR

AND NOW, this __3rd__ day of __March__ 2021, upon consideration of the within Application to Employ Realtor by the Debtors', it is ORDERED, ADJUDGED, and DECREED as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. **Realtor Dragoljub Cvetkjovich** is hereby appointed as Realtor for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the application for the purpose of Acting as the Debtor's agent in connection with the sale of real estate located at **54 Main Street Extension, Burgettstown, PA 15021.** Compensation is a fee basis of $600 plus 6% of the sales price or $600 plus $5,000, whichever is greater, upon the sale of the property.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. **Applicant shall serve the within Order on all interested parties and file a certificate of service.**

Prepared by: __David Rice, Esq.__

**DEFAULT ENTRY**

Dated: March 03, 2021

_____
Gregory Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24484-GLT |
| Jeffrey Paul Moore | Chapter 13 |
| Kellie Elizabeth Moore | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Paul Moore, Kellie Elizabeth Moore, 54 Main Street Extention, Burgettstown, PA 15021-1226 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Joint Debtor Kellie Elizabeth Moore ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Jeffrey Paul Moore ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-2      User: culy      Page 2 of 2
Date Rcvd: Mar 03, 2021      Form ID: pdf900      Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
     on behalf of Joint Debtor Kellie Elizabeth Moore niclowlgl@comcast.net

Scott R. Lowden
     on behalf of Debtor Jeffrey Paul Moore niclowlgl@comcast.net

Thomas Song
     on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9