FILED
3/16/21 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: | ) |
| JEFFREY PAUL MOORE and KELLIE ELIZABETH MOORE, his wife | ) Bankruptcy Case No. 19-24484-GLT |
| Debtors | ) |
| PEOPLES NATURAL GAS COMPANY, LLC | ) Related to Docket Nos. 58, 70 |
| Movant, | ) Chapter 13 |
| vs. | ) |
| JEFFREY PAUL MOORE and KELLIE ELIZABETH MOORE, his wife, and RONDA J. WINNECOUR, ESQUIRE, Trustee | ) Hearing Date: 3/24/21 ) Hearing Time: 10:30 AM ) |
| Respondents. | ) |

### CONSENT ORDER OF COURT

AND NOW, to wit this __16th__ day of ____March____, 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1. The Court finds that the Debtors have fallen behind on their post petition gas bills since filing the instant case.

2. A Motion for Allowance of Administrative claim has been filed. In this case, the Debtors have subsequently brought the account current.

3. The instant Motion shall be dismissed without prejudice, since the debtors have cured the delinquency this time.

4. The Debtors and the Debtors' counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

BY THE COURT:

Dated: 3/16/21

_____ J.
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

Consented to by:

| | |
|---|---|
| /s/ Scott R. Lowden | /s/ S. James Wallace |
| Scott R. Lowden, Esquire | S. James Wallace, Esquire |
| Attorney for Debtors | Atty for Peoples Natural Gas Company, LLC |
| Pa. I.D. No. 72116 | Pa. I.D. No. 28815 |
| 15 W. Beau Street | GRB Law |
| Washington, PA 15301 | Frick Building, 437 Grant Street, 14th Floor |
| 412-374-7161 | Pittsburgh, PA 15219 |
| niclowlgl@comcast.net | 412-281-0587 |
| | jwallace@grblaw.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24484-GLT |
| Jeffrey Paul Moore | Chapter 13 |
| Kellie Elizabeth Moore | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Paul Moore, Kellie Elizabeth Moore, 54 Main Street Extention, Burgettstown, PA 15021-1226 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Joint Debtor Kellie Elizabeth Moore ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Jeffrey Paul Moore ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: pdf900 | Total Noticed: 2 |

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Scott R. Lowden
        on behalf of Joint Debtor Kellie Elizabeth Moore niclowlgl@comcast.net

Scott R. Lowden
        on behalf of Debtor Jeffrey Paul Moore niclowlgl@comcast.net

Thomas Song
        on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9