IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-24484 GLT |
| Jeffrey Paul Moore | ) | |
| Kellie Elizabeth Moore | ) | |
| Debtor (s) | ) | |
| Jeffrey Paul Moore | ) | Chapter 13 |
| Kellie Elizabeth Moore | ) | |
| Movant(s) | ) | |
| v. | ) | Docket No. |
| | ) | |
| Freedom Mortgage Corporation, | ) | Related to Doc No. 68 - 74 |
| Washington County Tax Claim Bureau, | ) | |
| and Ronda J. Winnecour, Trustee | ) | Hearing: 4/7/21 at 2:30 PM |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR SALE OF PROPERTY AND AMENDED MOTION FOR SALE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 12, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 29, 2021.

Dated: March 30, 2021

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
(412) 374-7161
lowdenscott@comcast.net
PA. ID 72116