IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/8/21 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-24484-GLT |
| | : | Chapter: 13 |
| Jeffrey Paul Moore | : | |
| Kellie Elizabeth Moore | : | |
| | : | Date: 4/7/2021 |
| *Debtor(s).* | : | Time: 02:30 |

## PROCEEDING MEMO

**MATTER:**    # 74 Amended Motion For Sale of Property under Section 363(b) 54 Main Street Ext. Burgettstown, PA 15021
                      # 75 - CNO filed
                      # 76 - Proof of Publication in the Observer-Reporter on 3/19/21 and the Washington County Reports on 3/18/21

**APPEARANCES**:
    Debtor:    Scott Lowden
    Trustee:   Owen Katz

**NOTES:**

Lowden:  Sale was originally for $164,700, and then reduced to $160,000 because of an appraisal.   The buyer is a good-faith purchaser.   The estimated return to the seller is $37,310. The sale was appropriately advertised and posted on the EASI system and revised on 3/23/2021.   The sale proceeds will also be used to payoff a 2017 Kia Sportage from the Debtor's exemption to Jefferson Capital Systems, with remainder to go to the debtor.

Katz:  There is an additional $569.34 for the trsutee fee in paragraph 8 of the Order.

[Property exposed for sale].

Lowden:  Debtor moved to North Carolina and his wife will follow after the sale.    Will amend the plan to provide 100% to creditors.

**OUTCOME:**

1.    The *Motion for Approval of Sale Free and Clear of All Liens, Claims, and Encumbrances* [Dkt. No. 68] is **GRANTED**.  [HT to issue the proposed order at Dkt. No. 68 with the following changes:    (a) in paragraph 5 change "$164,700" to "$160,000 (with a seller's assist of up to $9,600)";  (b) in paragraph 7, change "$164,700" to "$160,000"; (c) in paragraphs (4) and (5), insert the advertising costs of $82.55 and ____, respectively;  (d)  in paragraph (8), insert "$569.34";  (e)  replace paragraph (9) with the following:   "Exemption amount to Debtors, Jeffrey P. and Kellie E. Moore, up to the amount of $43,820 (provided funds are available after payment of items 1 thorugh 8) which shall be paid as follows:   (i) first, an amount sufficient to payoff the outstanding secured debt owed to Jefferson Capital Systems on account of the Debtor's 2017 Kia Sportage; and (ii) second, any remaining portion of the exemption to be disbursed to the Debtors."

**DATED:**  4/7/2021