**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/8/21 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-24484-GLT |
| | : | Chapter: 13 |
| Jeffrey Paul Moore | : | |
| Kellie Elizabeth Moore | : | |
| | : | Date: 4/7/2021 |
| *Debtor(s).* | : | Time: 02:30 |

## PROCEEDING MEMO

**MATTER:**  # 74 Amended Motion For Sale of Property under Section 363(b) 54 Main Street Ext. Burgettstown, PA 15021
# 75 -  CNO filed
# 76 - Proof of Publication in the Observer-Reporter on 3/19/21 and the Washington County Reports on 3/18/21

**APPEARANCES**:
Debtor:    Scott Lowden
Trustee:   Owen Katz

**NOTES:**

Lowden:  Sale was originally for $164,700, and then reduced to $160,000 because of an appraisal.  The buyer is a good-faith purchaser.  The estimated return to the seller is $37,310. The sale was appropriately advertised and posted on the EASI system and revised on 3/23/2021.  The sale proceeds will also be used to payoff a 2017 Kia Sportage from the Debtor's exemption to Jefferson Capital Systems, with remainder to go to the debtor.

Katz:  There is an additional $569.34 for the trsutee fee in paragraph 8 of the Order.

[Property exposed for sale].

Lowden:  Debtor moved to North Carolina and his wife will follow after the sale.    Will amend the plan to provide 100% to creditors.

**OUTCOME:**

1.    The *Motion for Approval of Sale Free and Clear of All Liens, Claims, and Encumbrances* [Dkt. No. 68] is **GRANTED**.  [HT to issue the proposed order at Dkt. No. 68 with the following changes:     (a) in paragraph 5 change "$164,700" to "$160,000 (with a seller's assist of up to $9,600)";   (b) in paragraph 7, change "$164,700" to "$160,000"; (c) in paragraphs (4) and (5), insert the advertising costs of $82.55 and ____, respectively;  (d)  in paragraph (8), insert "$569.34";   (e)  replace paragraph (9) with the following:   "Exemption amount to Debtors, Jeffrey P. and Kellie E. Moore, up to the amount of $43,820 (provided funds are available after payment of items 1 thorugh 8) which shall be paid (with the Debtor's consent) as follows:   (i) first, to the chapter 13 trustee, an amount sufficient to pay off the outstanding secured debt owed to Jefferson Capital Systems (after deduction of applicable trustee fees) on account of the Debtor's 2017 Kia Sportage (estimated to be $16,793.48), which shall be earmarked and disbursed by the trustee; and (ii) second, any remaining portion of the exemption to be disbursed to the Debtors."

**DATED:**  4/7/2021