IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-24484 GLT |
| Jeffrey Paul Moore | ) | |
| Kellie Elizabeth Moore | ) | |
| Debtor (s) | ) | |
| Jeffrey Paul Moore | ) | Chapter 13 |
| Kellie Elizabeth Moore | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Docket No. 80 |
| | ) | |
| Freedom Mortgage Corporation, | ) | |
| Washington County Tax Claim Bureau, | ) | Hearing: 4/7/21 at 2:30 PM |
| and Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

**CERTIFICATE OF SERVICE OF AMENDED MODIFIED ORDER APPROVING SALE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

I, Scott R. Lowden, Esq., certify under penalty of perjury that I served the above captioned pleading Debtor's Motion to Sell Property along with Notice of Hearing with Response Deadline on the parties at the addresses on the attached matrix, on March 12, 2021 by US Postal Service First Class Mail or electronic means.

EXECUTED ON:   March 13, 2021

By:   /s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA I.D. 72116
Rice & Associates Law Firm
15 W. Beau St.
Washington, PA 15301
lowdenscott@comcast.net
(412) 374-7161

Served Via ECF:

| | |
|---|---|
| Ronda J. Winnecour, Trustee<br>3250 USX Tower, 600 Grant Street<br>Pittsburgh, PA  15219 | US Trustee<br>1001 Liberty Avenue, Ste. 970<br>Pittsburgh, PA 15222 |
| Freedom Mortgage Corporation<br>Brian C. Nicholas, Esq.<br>bkgroup@kmllawgroup.com | Freedom Mortgage Corporation<br>Thomas Song, Esq.<br>pawb@fedphe.com |

Served Via US Postal Service First-class Mail:

| | |
|---|---|
| Rhonda L. Snyder<br>344 Valley Street<br>McDonald, PA 15057 | Washington County Tax Claim Bureau<br>Courthouse Square<br>100 W. Beau St., Room 205<br>Washington, PA 15301 |
| Dragoljub Cvetkovich<br>Coldwell Banker<br>6305 University Blvd.<br>Coraopolis, PA 15108 | Nicole Merrell<br>Coldwell Banker<br>3244 Washington Road<br>McMurray, PA 15317 |
| Emissary Settlements, LLC<br>Jennifer Williams<br>2 PPG Place<br>Pittsburgh, PA 15222 | Freedom Mortgage Corporation<br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>BNY Independence Center<br>701 Market St., Suite 5000<br>Philadelphia, PA 19106 |
| Freedom Mortgage Corporation<br>Bankruptcy Dept.<br>10500 Kincaid Drive<br>Fishers, IN 46037 | Jeffrey & Kellie Moore<br>54 Main St. Extension<br>Burgettstown, PA 15021 |