IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey Moore,<br>Kellie Moore,<br><br>    Debtors,<br>Jeffrey Moore,<br>Kellie Moore,<br><br>    Movant,<br>v<br><br>No Respondent. | Bankruptcy Case No. 19-24484-GLT<br>Chapter 13 |

**NOTICE OF CHANGE OF DEBTORS' ADDRESS**

Debtors' former mailing address:

Jeffrey and Kellie Moore
54 Main Street Extension
Burgettstown, PA  15021

Debtors' current and future address:

Jeffrey and Kellie Moore
333 Pilch Road
Troutman, NC  28166

Dated: 05/13/2021

/s/: David A. Rice, Esq.
Attorney for Debtor(s)
15 West Beau Street
Washington, PA   15301
ricelaw1@verizon.net
724-225-7270
PA ID 50329