IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

IN RE:

| | | |
|---|---|---|
| Jeffrey Moore,<br>Kellie Moore,<br>　　Debtors, | : | Bankruptcy No. 19-24484-GLT |
| Jeffrey Moore,<br>Kellie Moore,<br>　　Movants, | : | Chapter 13 |
| | : | Related to Document No. |
| v.<br>No Respondent,<br>　　Respondent. | : | |

## CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the Court Order Dated May 14, 2021 and the Amendment to Schedules C on each party listed below by first class U.S. mail on May 17, 2021.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA  15222

　　　　　　　　　　　　　　　　　　Attorney for Movants:
　　　　　　　　　　　　　　　　　　Rice & Associates Law Firm
　　　　　　　　　　　　　　　　　　/s/ David A Rice, Esq.
　　　　　　　　　　　　　　　　　　15 West Beau Street
　　　　　　　　　　　　　　　　　　Washington, PA  15301
　　　　　　　　　　　　　　　　　　724-225-7270
　　　　　　　　　　　　　　　　　　ricelaw1@verizon.net
　　　　　　　　　　　　　　　　　　PA ID#  50329