IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Jeffrey Moore,
    Kellie Moore,

               Debtors,

    Jeffrey Moore,
    Kellie Moore,

               Movants,

No Respondent

               Respondent.

Bankruptcy No. 19-24484-GLT

Chapter 13

Related to Document No.

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the May 20, 2021 Order of Court, the Notice of Proposed Modification to Confirmed Plan and the Amended Chapter 13 Plan dated May 18, 2021 by prepaid first-class US mail on May 20, 2021 on the following:

Ronda J Winnecour, Trustee
600 Grant Street
Suite 3250
Pittsburgh, PA 15219

Office of U.S. Trustee
1001 Liberty Ave.
Suite 970, Liberty Center
Pittsburgh, PA 15222

**Each and Every Creditor on the
Court's Mailing Matrix (attached)**

Dated: 05/20/2021

/s/: David A. Rice, Esq.
Attorney for Debtors
15 West Beau Street
Washington, PA 15301
PA ID# 50329
Ricelaw1@verizon.net
(724) 225-7270

```
Label Matrix for local noticing          (p)JEFFERSON CAPITAL SYSTEMS LLC       Peoples Natural Gas Company LLC
0315-2                                   PO BOX 7999                            c/o S. James Wallace, P.C.
Case 19-24484-GLT                        SAINT CLOUD MN 56302-7999              845 N. Lincoln Ave.
WESTERN DISTRICT OF PENNSYLVANIA                                                Pittsburgh, PA 15233-1828
Pittsburgh
Thu May 20 12:24:08 EDT 2021

2                                        Ally Financial                         Ally Financial
U.S. Bankruptcy Court                    Attn: Bankruptcy Dept                  PO Box 130424
5414 U.S. Steel Tower                    Po Box 380901                          Roseville MN 55113-0004
600 Grant Street                         Bloomington, MN 55438-0901
Pittsburgh, PA 15219-2703

American Water                           Bridgecrest                            Burgettstown /Keystone Collections Group
PO Box 578                               7300 East Hampton Avenue               546 Wendel Road
Alton, IL 62002-0578                     Suite 100                              Irwin, PA 15642-7539
                                         Mesa, AZ 85209-3324

BurgettstownBorough Tax Collector        Capital One                            Capital One
P.O. Box 404                             Attn: Bankruptcy                       Attn: General Correspondence
Burgettstown, PA 15021-0404              Po Box 30285                           Po Box 30285
                                         Salt Lake City, UT 84130-0285          Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.             Carvana, LLC                           Collection Service / Weirton Medical Ctr
by American InfoSource as agent          PO Box 29018 Phoenix AZ 85038          Attn: Bankruptcy
PO Box 71083                                                                    Po Box 2060
Charlotte, NC  28272-1083                                                       Fairmont, WV 26555-2060

FREEDOM MORTGAGE CORPORATION             FedLoan Servicing                      Freedom Mortgage Corporation
Bankruptcy Department,                   Attn: Bankruptcy                       Attn: Bankruptcy
10500 KINCAID DRIVE                      Po Box 69184                           907 Pleasant Valley Ave, Ste 3
FISHERS IN 46037-9764                    Harrisburg, PA 17106-9184              Mt Laurel, NJ 08054-1210

Office of the United States Trustee      Phoenix Financial Serv / Greenbriar ER Quest Diagnostic
Liberty Center.                          Attn: Bankruptcy                       P.O. Box 740717
1001 Liberty Avenue, Suite 970           Po Box 361450                          Cincinnati, OH 45274-0717
Pittsburgh, PA 15222-3721                Indianapolis, IN 46236-1450

(p)SPRINT                                Sterling Jewelers Inc dba Kay Jewelers Sterling Jewelers, Inc.
C O AMERICAN INFOSOURCE                  PO Box 1799                            Attn: Bankruptcy
4515 N SANTA FE AVE                      Akron, OH 44309-1799                   Po Box 1799
OKLAHOMA CITY OK 73118-7901                                                     Akron, OH 44309-1799

U.S. Department of Education             UPMC Health Services                   WVU Hospital
Ecmc/Bankruptcy                          P.O. Box 371472                        P.O. Box 1127
Po Box 16408                             Pittsburgh, PA 15250-7472              Morgantown, WV 26507-1127
Saint Paul, MN 55116-0408

Wells Fargo Jewelry Advantage / Kays     West Penn Power                        David A. Rice
Attn: Bankruptcy                         5001 NASA Blvd                         Rice & Associates Law Firm
Po Box 10438                             Fairmont WV 26554-8248                 15 West Beau Street
Des Moines, IA 50306-0438                                                       Washington, PA 15301-6806
```

| | | |
|---|---|---|
| Dragoljub Cvetkjovich<br>54 Main Street Exension<br>Burgettstown, PA 15021-1226 | Jeffrey Paul Moore<br>333 Pilch Road<br>Troutman, NC 28166-8782 | Kellie Elizabeth Moore<br>333 Pilch Road<br>Troutman, NC 28166-8782 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Scott R. Lowden<br>Nicotero & Lowden PC<br>3948 Monroeville Blvd., Suite 2<br>Monroeville, PA 15146-2437 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 | Sprint<br>P.O. Box 4191<br>Carol Stream, IL 60197 |
| (d)Sprint Corp.<br>Attn: Bankruptcy<br>P.O. Box 7949<br>Overland Park, KS 66207-0949 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Freedom Mortgage Corporation

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35