**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/30/2021

IN RE:

JEFFREY PAUL MOORE
KELLIE ELIZABETH MOORE
333 PILCH ROAD
TROUTMAN, NC  28166
XXX-XX-5562          Debtor(s)

XXX-XX-4436

Case No.19-24484 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/30/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Description / Account |
|---|---|---|
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: SURR/PL*CL=$5960.35 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0621 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 2   INT %: 5.00%<br>Court Claim Number: 4<br>CLAIM: 19,000.91<br>COMMENT: $CL-PL@5%MDF*FR CARVANA-DOC 49*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8560 |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN 46037 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 10,736.44<br>COMMENT: PMT/DCLAR*776.41/CL-PL*DKT4PMT-LMT*1ST/SCH*BGN 12/19*SOLD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5660 |
| **BURGETTSTOWN BOROUGH (EIT)**<br>C/O KEYSTONE CLLTN GRP - DLNQ YRS<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 1,600.00<br>COMMENT: $/PL*13-18/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8881 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7319 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 450.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3918 |
| **COLLECTION SERVICE CENTER INC**<br>2917 WHITE HALL BLVD<br>PO BOX 2060<br>FAIRMONT, WV 26555-2060 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WEIRTON MDCL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6IQI |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0005 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0011 |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0013 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0010 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0007 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0005 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO  63179 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0008 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 | CLAIM: 0.00<br>COMMENT: |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0014 | CLAIM: 0.00<br>COMMENT: |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 | CLAIM: 0.00<br>COMMENT: |
| **FED LOAN SERVICING**<br>PO BOX 790234<br>ST LOUIS, MO 63179 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0012 | CLAIM: 0.00<br>COMMENT: |
| **PHOENIX FINANCIAL SERVICE**<br>PO BOX 361450<br>INDIANAPOLIS, IN 46236-1450 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8384 | CLAIM: 0.00<br>COMMENT: GREENBRIAR/SCH |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINNATI, OH 45274 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0999 | CLAIM: 0.00<br>COMMENT: |
| **STERLING JEWELERS INC DBA KAY JEWELERS**<br>PO BOX 1799<br>AKRON, OH 44309 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:2-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4191 | CLAIM: 0.00<br>COMMENT: SURR/PL*529.17/CL*UNS/SCH*WNTS 24.99%*AMD |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3466 | CLAIM: 0.00<br>COMMENT: |
| **US DEPARTMENT OF EDUCATION\*\***<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3463 | CLAIM: 0.00<br>COMMENT: |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br>PITTSBURGH, PA 15250 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9162 | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WELLS FARGO**<br>POB 14487 - PMT PROCESSING<br><br>DES MOINES, IA 50306 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8277 |
| **WEST VIRGINIA UNIVERSITY HOSPITAL**<br>ATTN: PATIENT ACCOUNTING<br>PO BOX 776<br><br>MORGANTOWN, WV 26507 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9627 |
| **SPRINT CORP****<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br><br>OVERLAND PARK, KS 66207-0949 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 4,568.68<br>COMMENT: /AMD F*11-21-19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5474 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br><br>PHILADELPHIA, PA 19103 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br><br>FISHERS, IN 46037 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: $8189.85/CL-PL*THRU 11/19*SOLD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5660 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,670.06<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2942 |
| **AMERICAN WATER(*)**<br>PO BOX 371412<br><br>PITTSBURGH, PA 15250-7412 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 465.13<br>COMMENT: NT/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 7263 |
| **S JAMES WALLACE ESQ****<br>GRB LAW<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FREEDOM MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RONDA J WINNECOUR PA ID #30399****<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 569.34<br>COMMENT: SEE DKT FOR DETAILS | CRED DESC: FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE |