Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeffrey Paul Moore** | : | Case No. 19−24484−GLT |
| **Kellie Elizabeth Moore** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 117 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/19/23 at 10:30 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    **AND NOW,** this ***The 24th of February, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 117 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

    (1)  ***On or before April 10, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***April 19, 2023 at 10:30 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24484-GLT

Jeffrey Paul Moore     Chapter 13

Kellie Elizabeth Moore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Feb 24, 2023     Form ID: 604     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Paul Moore, Kellie Elizabeth Moore, 333 Pilch Road, Troutman, NC 28166-8782 |
| r | + | Dragoljub Cvetkjovich, 54 Main Street Exension, Burgettstown, PA 15021-1226 |
| 15159359 | + | Burgettstown /Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15159360 | + | BurgettstownBorough Tax Collector, P.O. Box 404, Burgettstown, PA 15021-0404 |
| 15176697 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15159363 | + | Collection Service / Weirton Medical Ctr, Attn: Bankruptcy, Po Box 2060, Fairmont, WV 26555-2060 |
| 15159364 | #+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15159366 | + | Phoenix Financial Serv / Greenbriar ER, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 15159367 | + | Quest Diagnostic, P.O. Box 740717, Cincinnati, OH 45274-0717 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15159357 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15181456 | | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15210923 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 25 2023 00:19:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15159358 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 25 2023 00:19:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15159362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:25 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15159361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:17 | Capital One, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15166360 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:44 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15187558 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 25 2023 00:18:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15159365 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 25 2023 00:18:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, |

Case 19-24484-GLT    Doc 119    Filed 02/26/23    Entered 02/27/23 00:30:43    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15256516 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15161065 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 25 2023 00:20:24 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15175368 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 25 2023 00:20:24 | Sprint Corp., Attn: Bankruptcy, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15189648 | ^ | MEBN | Feb 25 2023 00:10:20 | Sterling Jewelers Inc dba Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 15159368 | ^ | MEBN | Feb 25 2023 00:10:21 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15159369 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2023 00:18:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15159370 | ^ | MEBN | Feb 25 2023 00:11:25 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15159372 | + | Email/Text: hbbankruptcynotices@wvumedicine.org | Feb 25 2023 00:17:00 | WVU Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 15159371 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 25 2023 00:20:14 | Wells Fargo Jewelry Advantage / Kays, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15184767 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2023 00:18:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: 604 | Total Noticed: 29 |

    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

David A. Rice
    on behalf of Joint Debtor Kellie Elizabeth Moore ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
    on behalf of Debtor Jeffrey Paul Moore ricelaw1@verizon.net lowdenscott@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor Jeffrey Paul Moore niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Joint Debtor Kellie Elizabeth Moore niclowlgl@comcast.net

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9