**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JEFFREY PAUL MOORE <br> KELLIE ELIZABETH MOORE <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:19-24484 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


February 23, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/19/2019 and confirmed on 12/19/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 52,427.26 |
| Less Refunds to Debtor | 551.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,875.71 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 8,000.00 | |
|   Trustee Fee | 2,865.38 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,865.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 10,736.44 | 10,736.44 | 0.00 | 10,736.44 |
|     Acct: 5660 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5660 | | | | |
|   STERLING JEWELERS INC DBA KAY JEWE | 529.17 | 529.17 | 0.00 | 529.17 |
|     Acct: 4191 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0621 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 19,000.91 | 19,000.91 | 1,420.60 | 20,421.51 |
|     Acct: 8560 | | | | |
| | | | | 31,687.12 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY PAUL MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY PAUL MOORE | 551.55 | 551.55 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX2/21 | | | | |
|   BURGETTSTOWN BOROUGH (EIT) | 1,600.00 | 1,600.00 | 0.00 | 1,600.00 |
|     Acct: 8881 | | | | |
|   RONDA J WINNECOUR PA ID #30399** | 569.34 | 569.34 | 0.00 | 569.34 |
|     Acct: $/OE | | | | |
| | | | | 2,169.34 |
| **Unsecured** | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7319 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 450.00 | 450.00 | 0.00 | 450.00 |
|     Acct: 3918 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 6IQI | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0004 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0005 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0011 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0004 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0013 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0010 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0007 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0005 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0008 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0006 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0014 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0003 | | | | |
| | FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0012 | | | | |
| | PHOENIX FINANCIAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8384 | | | | |
| | QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0999 | | | | |
| | US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3466 | | | | |
| | US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3463 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9162 | | | | |
| | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8277 | | | | |
| | WEST VIRGINIA UNIVERSITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9627 | | | | |
| | SPRINT CORP** | 4,568.68 | 4,568.68 | 0.00 | 4,568.68 |
| | Acct: 5474 | | | | |
| | WEST PENN POWER* | 1,670.06 | 1,670.06 | 0.00 | 1,670.06 |
| | Acct: 2942 | | | | |
| | AMERICAN WATER(*) | 465.13 | 465.13 | 0.00 | 465.13 |
| | Acct: 7263 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-24484 | | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: | | | | 7,153.87 |
| | | | | | |
| **TOTAL PAID TO CREDITORS** | | | | | 41,010.33 |

    TOTAL CLAIMED
    PRIORITY        2,169.34
    SECURED       30,266.52
    UNSECURED    7,153.87

Date: 02/23/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY PAUL MOORE
KELLIE ELIZABETH MOORE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-24484

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey Paul Moore  
Kellie Elizabeth Moore  
    Debtors

Case No. 19-24484-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3  
Date Rcvd: Feb 24, 2023  Form ID: pdf900  Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Paul Moore, Kellie Elizabeth Moore, 333 Pilch Road, Troutman, NC 28166-8782 |
| r | + | Dragoljub Cvetkjovich, 54 Main Street Exension, Burgettstown, PA 15021-1226 |
| 15159359 | + | Burgettstown /Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15159360 | + | BurgettstownBorough Tax Collector, P.O. Box 404, Burgettstown, PA 15021-0404 |
| 15176697 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15159363 | + | Collection Service / Weirton Medical Ctr, Attn: Bankruptcy, Po Box 2060, Fairmont, WV 26555-2060 |
| 15159364 | #+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15159366 | + | Phoenix Financial Serv / Greenbriar ER, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 15159367 | + | Quest Diagnostic, P.O. Box 740717, Cincinnati, OH 45274-0717 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15159357 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15181456 | | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15210923 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 25 2023 00:19:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15159358 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 25 2023 00:19:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15159362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15159361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:30 | Capital One, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15166360 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:29 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15187558 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 25 2023 00:18:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15159365 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 25 2023 00:18:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15256516 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15161065 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 25 2023 00:20:24 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15175368 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 25 2023 00:20:12 | Sprint Corp., Attn: Bankruptcy, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15189648 | ^ | MEBN | Feb 25 2023 00:10:23 | Sterling Jewelers Inc dba Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 15159368 | ^ | MEBN | Feb 25 2023 00:10:23 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15159369 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 25 2023 00:18:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15159370 | ^ | MEBN | Feb 25 2023 00:11:22 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15159372 | + | Email/Text: hbbankruptcynotices@wvumedicine.org | Feb 25 2023 00:17:00 | WVU Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 15159371 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 25 2023 00:20:26 | Wells Fargo Jewelry Advantage / Kays, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15184767 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2023 00:18:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 29 |

    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

David A. Rice
    on behalf of Joint Debtor Kellie Elizabeth Moore ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
    on behalf of Debtor Jeffrey Paul Moore ricelaw1@verizon.net lowdenscott@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor Jeffrey Paul Moore niclowlgl@comcast.net

Scott R. Lowden
    on behalf of Joint Debtor Kellie Elizabeth Moore niclowlgl@comcast.net

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9