| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeffrey Paul Moore<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5562<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kellie Elizabeth Moore<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4436<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–24484–GLT | | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey Paul Moore                              Kellie Elizabeth Moore

4/11/23                                         **By the court:** Gregory L Taddonio
                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24484-GLT

Jeffrey Paul Moore  Chapter 13

Kellie Elizabeth Moore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 11, 2023     Form ID: 3180W     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Paul Moore, Kellie Elizabeth Moore, 333 Pilch Road, Troutman, NC 28166-8782 |
| r | + | Dragoljub Cvetkjovich, 54 Main Street Exension, Burgettstown, PA 15021-1226 |
| 15159359 | + | Burgettstown /Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15159360 | + | BurgettstownBorough Tax Collector, P.O. Box 404, Burgettstown, PA 15021-0404 |
| 15176697 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15159363 | + | Collection Service / Weirton Medical Ctr, Attn: Bankruptcy, Po Box 2060, Fairmont, WV 26555-2060 |
| 15159364 | #+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15159366 | + | Phoenix Financial Serv / Greenbriar ER, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 15159367 | + | Quest Diagnostic, P.O. Box 740717, Cincinnati, OH 45274-0717 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 12 2023 03:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2023 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2023 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15159357 | + | EDI: GMACFS.COM | Apr 12 2023 03:37:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15181456 | | EDI: GMACFS.COM | Apr 12 2023 03:37:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15210923 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 11 2023 23:49:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15159358 | + | Email/Text: rm-bknotices@bridgecrest.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 31

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 11 2023 23:49:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15159362 | + | EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15159361 | + | EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15166360 | | EDI: CAPITALONE.COM | Apr 12 2023 03:37:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15187558 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 11 2023 23:48:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15159365 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 11 2023 23:48:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15256516 | | EDI: JEFFERSONCAP.COM | Apr 12 2023 03:37:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15161065 | | EDI: AISSPRINT | Apr 12 2023 03:37:00 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15175368 | | EDI: AISSPRINT | Apr 12 2023 03:37:00 | Sprint Corp., Attn: Bankruptcy, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15189648 | ^ | MEBN | Apr 11 2023 23:40:27 | Sterling Jewelers Inc dba Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 15159368 | ^ | MEBN | Apr 11 2023 23:40:27 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15159369 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 11 2023 23:49:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15159370 | ^ | MEBN | Apr 11 2023 23:40:28 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15159372 | + | Email/Text: hbbankruptcynotices@wvumedicine.org | Apr 11 2023 23:48:00 | WVU Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 15159371 | + | EDI: WFFC2 | Apr 12 2023 03:37:00 | Wells Fargo Jewelry Advantage / Kays, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15184767 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 11 2023 23:49:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180W | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Joint Debtor Kellie Elizabeth Moore ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Jeffrey Paul Moore ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor Jeffrey Paul Moore lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Joint Debtor Kellie Elizabeth Moore lowdenscott@gmail.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 9