FILED
4/11/23 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY PAUL MOORE
KELLIE ELIZABETH MOORE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-24484

Chapter 13

Document No.: 117

## ORDER OF COURT

AND NOW, this \_\_\_11th\_\_\_ day of \_\_\_April\_\_\_, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
Gregory L. Taddonio     jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey Paul Moore  
Kellie Elizabeth Moore  
    Debtors

Case No. 19-24484-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 11, 2023      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Paul Moore, Kellie Elizabeth Moore, 333 Pilch Road, Troutman, NC 28166-8782 |
| r | + | Dragoljub Cvetkjovich, 54 Main Street Exension, Burgettstown, PA 15021-1226 |
| 15159359 | + | Burgettstown /Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15159360 | + | BurgettstownBorough Tax Collector, P.O. Box 404, Burgettstown, PA 15021-0404 |
| 15176697 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15159363 | + | Collection Service / Weirton Medical Ctr, Attn: Bankruptcy, Po Box 2060, Fairmont, WV 26555-2060 |
| 15159364 | #+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15159366 | + | Phoenix Financial Serv / Greenbriar ER, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |
| 15159367 | + | Quest Diagnostic, P.O. Box 740717, Cincinnati, OH 45274-0717 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2023 23:48:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15159357 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2023 23:48:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15181456 | | Email/Text: ally@ebn.phinsolutions.com | Apr 11 2023 23:48:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15210923 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 11 2023 23:49:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15159358 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 11 2023 23:49:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 15159362 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15159361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:09 | Capital One, Attn: General Correspondence, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15166360 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 23:57:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15187558 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 11 2023 23:48:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15159365 | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 11 2023 23:48:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15256516 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2023 23:49:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15161065 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 11 2023 23:57:09 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15175368 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 11 2023 23:57:01 | Sprint Corp., Attn: Bankruptcy, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 15189648 | ^ | MEBN | Apr 11 2023 23:40:27 | Sterling Jewelers Inc dba Kay Jewelers, PO Box 1799, Akron, OH 44309-1799 |
| 15159368 | ^ | MEBN | Apr 11 2023 23:40:27 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 15159369 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 11 2023 23:49:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15159370 | ^ | MEBN | Apr 11 2023 23:40:28 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 15159372 | + | Email/Text: hbbankruptcynotices@wvumedicine.org | Apr 11 2023 23:48:00 | WVU Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 15159371 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 11 2023 23:57:19 | Wells Fargo Jewelry Advantage / Kays, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 15184767 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 11 2023 23:49:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 11, 2023 | Form ID: pdf900 | Total Noticed: 29

David A. Rice
    on behalf of Joint Debtor Kellie Elizabeth Moore ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
    on behalf of Debtor Jeffrey Paul Moore ricelaw1@verizon.net lowdenscott@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Scott R. Lowden
    on behalf of Debtor Jeffrey Paul Moore lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Kellie Elizabeth Moore lowdenscott@gmail.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9